# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL SCHENKER, | Case No. 3:25-cv-00769-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| HOSNY, *et al.*, | |
| Defendants. | |

Plaintiff previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983 and a motion to amend. (ECF Nos. 1, 1-1, 5.) The Court has not yet screened the complaint.

Plaintiff now files a motion for voluntary dismissal. (ECF No. 6.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 6) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the outstanding motions (ECF Nos. 1, 5) are denied as moot.

The Clerk of the Court is directed to close the case.

///

///

///

DATED THIS 5th Day of February 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2